Kimberlee A. Colbo
HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
    Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SARA CARMEN (AKA LUCE),<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. _____<br><br><br><br>**NOTICE OF REMOVAL** |

TO:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

    This notice of defendant State Farm Mutual Automobile Insurance Company respectfully shows:

    1.   That on the 27th day of July, 2009, an action was commenced in the Superior Court for the State of Alaska at Anchorage, entitled <u>Sara Carmen (aka Luce) v. State Farm Mutual Automobile Insurance Company</u>, Case No. 3AN-09-9128 Civil.

Plaintiff's complaint, on its face, seeks damages in excess of $50,000 exclusive of interest, costs and fees. However by filing in the Superior Court for the State of Alaska, the amount in controversy is at least $100,000.[1]

2. That this notice of removal is being filed pursuant to Title 28, United States Code § 1446(a) and (b) within thirty (30) days after receipt by defendant State Farm Mutual Automobile Insurance Company of the Summons and Amended Complaint in the above-referenced action. Service of the Summons was accomplished on September 28, 2009.

3. This court has original jurisdiction of this action pursuant to Title 28, U.S.C. Section 1332(a), and this action may be removed to United States District Court pursuant to Title 28, U.S.C. Section 1441 and Section 1446(b), in that it is a civil action, the sum in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity exists between the parties to this lawsuit.

4. On information and belief, at the time this action was commenced, Plaintiff was a resident of Alaska as alleged in the Complaint.

5. At the time this action was commenced, defendant State Farm Mutual Automobile Insurance Company was, and is, a mutual insurance company

---

[1] All civil tort and breach of contract cases where the amount in controversy is less than $100,000 must be filed in Alaska's District Court. *See* AS 22.15.020. Because this case was not filed in Alaska District Court, the amount in controversy is more than $100,000.

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

organized under the laws of the State of Illinois, with its principal place of business in Bloomington, Illinois.

6. Defendant State Farm Mutual Automobile Insurance Company will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

WHEREFORE defendant State Farm Mutual Automobile Insurance Company gives notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District is hereby removed to this court.

DATED at Anchorage, Alaska, this 27th day of October, 2009.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC,
Attorneys for Defendant State Farm
Mutual Automobile Insurance Company

By: /s/ Kimberlee A. Colbo
Kimberlee A. Colbo
ABA No. 9211072
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone No: (907) 274-7522
Facsimile No: (907) 263-8320
Email: KAC@hpglaw.net

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Page 3 of 4

Case 3:09-cv-00216-JWS   Document 1   Filed 10/27/09   Page 3 of 4

## VERIFICATION

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

Kimberlee A. Colbo, being first duly sworn, deposes and states that she is one of the attorneys for State Farm Mutual Automobile Insurance Company, defendant above named; that she knows the contents of this notice of removal and that the same are true and accurate to the best of her knowledge and belief; and that she voluntarily executed the foregoing notice of removal and was fully authorized to do so on behalf of State Farm Mutual Automobile Insurance Company.

*Kimberlee A. Colbo*

SUBSCRIBED AND SWORN TO before me this 27th day of October, 2009.

Notary Public in and for Alaska
My commission expires: 1-8-2013

I hereby certify that a true and correct copy
of the foregoing was served via mail
on the 27th day of October, 2009 on:

Gregory J. Grebe
Law Offices of Gregory J. Grebe
1400 West Benson Blvd., Suite 120
Anchorage, AK 99503

#284408v2

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Page 4 of 4