IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| SARA CARMEN (aka: LUCE), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **COPY** |
| ) | Original Received |
| STATE FARM MUTUAL ) | SEP 02 2009 |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | Clerk of the Trial Courts |
| ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3AN-09-9128 CI |

## AMENDED COMPLAINT

COMES NOW plaintiff, SARA CARMEN, by and through her attorney, Gregory J. Grebe, and for the cause of action alleges as follows:

I.

Plaintiff, Sara Carmen (aka: Luce), is a resident of Alaska.

II.

That on or about June 18, 2008 plaintiff, Sara Carmen (aka: Luce) was involved in a serious automobile accident.

III.

The defendant, State Farm Mutual Automobile Insurance Company (hereinafter State Farm) was Sara Carmen's (aka: Luce) personal insurance company.

IV.

GREGORY J. GREBE
ATTORNEY AT LAW
1400 WEST BENSON BOULEVARD
SUITE 120
ANCHORAGE, ALASKA 99503
PHONE (907) 277-0071
FACSIMILE (907) 274-0070

Plaintiff's Complaint
Carmen vs. State Farm

Page 1 of 3

Ms. Carmen did file suit against the adverse driver Violet J. Kruger that was involved in her automobile accident of June 18, 2008

V.

In July 2009 Progressive Specialty Insurance Company paid full policy limits of $59,496 on behalf of defendant Violet J. Kruger resolving the underlying liability case.

VI.

That the settlement of the liability case did not fully compensate Ms. Carmen for all of her injuries.

VII.

That State Farm was informed as early as October 21, 2008 that they faced exposure for underinsured coverage.

VIII.

Sara Carmen is entitled to underinsured motorist benefits from State Farm.

IX.

State Farm has refused to pay benefits that Sara Carmen is legally entitled to receive.

X.

Sara Carmen is also entitled to benefits for State Farm's violation of the covenant of good faith and fair dealing. Sara Carmen is also entitled to damages caused by State Farm's breach of contract which may include compensatory damages, consequential damages and damages for negligent infliction of emotional distress among

GREGORY J. GREBE
ATTORNEY AT LAW

1400 WEST BENSON
BOULEVARD
SUITE 120
ANCHORAGE, ALASKA
99503
PHONE: (907) 277-0077
FACSIMILE: (907) 274-0870
email:vgrebe@alaska.com

Plaintiff's Complaint
Carmen vs. State Farm

Page 2 of 3

others as well as punitive damages for reckless indifference..

WHEREFORE, Sara Carmen will seek damages in an amount to be named at trial but in excess of $50,000.

Plaintiff also seeks interest, costs and attorney fees and other relief as the Court deems appropriate under the circumstances.

DATED this 1st day of Sept, 2009, at Anchorage, Alaska.

LAW OFFICES OF GREGORY J. GREBE
Attorney for Plaintiff

_____
Gregory J. Grebe
Alaska Bar #7710125

GREGORY J. GREBE
ATTORNEY AT LAW

Plaintiff's Complaint
Carmen vs. State Farm
                                                                          Page 3 of 3

Case 3:09-cv-00216-JWS   Document 1-3   Filed 10/27/09   Page 3 of 3