IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SARA CARMEN (AKA LUCE),<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:09-CV-00216-JWS |

## JUDGMENT OF DISMISSAL

This matter having come before the court on the stipulation of the parties; and

The court being otherwise fully advised;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above referenced matter is hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

DATED this 26th day of August 2010.

               /s/ JOHN W. SEDWICK
               UNITED STATES DISTRICT JUDGE